IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY HEARN, SR. and DANA HEARN, husband and wife in their own right, and as parents and natural guardians of KYHNA HEARN and GREGORY HEARN, JR., their children, | : : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | HONORABLE JAY C. WALDMAN |
| vs. | : : | |
| PHILADELPHIA POLICE OFFICER BRIAN FUSS and PHILADELPHIA POLICE OFFICER JOHN FLYNN, | : : : : | |
| Defendants. | : | NO. 02-3525 |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

1. Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, on May 31, 2002.

2. On August 5, 2002, the Court issued a Scheduling Order, setting December 26, 2002 as the deadline for the completion of Discovery.

3. The parties have responded to each other's Interrogatories and Document Requests, and depositions of all parties have been scheduled for the first two weeks of December.

4. In order that the parties may complete discovery and exchange expert witness information, plaintiffs request a brief extension of the discovery deadline until February 7, 2003, and further request that the date for the matter to be placed in the trial pool be extended

accordingly.

5. No previous requests for extensions of deadlines have been made.

6. Plaintiffs have sought and received defendants' concurrence in requesting the extension of time.

**WHEREFORE**, plaintiffs request that the discovery deadline in the above-captioned matter be extended until February 7, 2003, and that the trial date be adjusted accordingly.

                                        RESPECTFULLY SUBMITTED,

                                        _____
                                        GERALD J. GRANT, ESQUIRE
                                        Attorney I.D. #85337
                                        Williams, Cuker & Berezofsky
                                        One Penn Center at Suburban Station Building
                                        1617 JFK Boulevard, Suite 800
                                        Philadelphia, PA 19103-1895
                                        (215) 557-0099
                                        Counsel for Plaintiffs

Dated: December 20, 2002

## CERTIFICATE OF SERVICE

I, GERALD J. GRANT, Jr., hereby certify that on this date I served a true and correct copy of the foregoing Plaintiffs' Unopposed Motion to Extend Discovery by U.S. first class mail, postage prepaid upon the following counsel:

>Edward D. Chew
>City of Philadelphia Law Department
>One Parkway Building
>1515 Arch Street, 15th Floor
>Philadelphia, PA  19102
>Counsel for Defendant Philadelphia Police Officers
>Brian Fuss and John Flynn

_____
GERALD J. GRANT, ESQUIRE

Date:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY HEARN, SR. and DANA HEARN**, husband and wife in their own right, and as parents and natural guardians of **KYHNA HEARN** and **GREGORY HEARN, JR.**, their children, | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : : | HONORABLE JAY C. WALDMAN |
| vs. | : : | |
| **PHILADELPHIA POLICE OFFICER BRIAN FUSS and PHILADELPHIA POLICE OFFICER JOHN FLYNN**, | : : : : | |
| Defendants. | : | NO.  02-3525 |

### O R D E R

**AND NOW**, this _____ day of _____, 2002 upon consideration of plaintiff's unopposed motion to extend discovery deadline, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**, and discovery in the above-captioned matter shall be completed by February 7, 2003. This case shall be placed in the trial pool on _____, 2003.

BY THE COURT:

_____
J.

**VERIFICATION**

Gerald J. Grant, Jr., Esquire states that he is counsel for the plaintiff in this action and verifies that the statements made in the foregoing Unopposed Motion to Extend Discovery Deadline are true and correct to the best of his knowledge, information and belief.  The undersigned understands that the statements therein are made under penalties of perjury that the foregoing is true and correct subject to 28 U.S.C. 1746.

_____

Dated: December 6, 2002

CERTIFICATE OF CONCURRENCE

I, GERALD J. GRANT, JR. hereby certify that I sought concurrence in the filing of this Motion and said concurrence was given.

```
                              BY:_____
                                  GERALD J. GRANT, JR., ESQUIRE
                                  Attorney for Plaintiffs


Dated:
```