IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY HEARN, SR. and** | : | **CIVIL ACTION** |
| **DANA HEARN** | : | |
| | : | |
| v. | : | |
| | : | |
| **BRIAN FUSS and JOHN FLYNN** | : | **NO. 02-3525** |

**O R D E R**

**AND NOW**, this            day of December, 2002, upon consideration of plaintiffs' Unopposed Motion to Extend Discovery Deadline (Doc. #7), **IT IS HEREBY ORDERED** that said Motion is **GRANTED** in that the discovery deadline is extended to February 7, 2003, this case will be placed in the trial pool of March 24, 2003 and the other deadlines in the court's scheduling order are extended accordingly.

                                                  **BY THE COURT:**

                                                  **JAY C. WALDMAN, J.**