IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEARN | : | CIVIL ACTION |
| v. | : | |
| FUSS | : | NO. 02-3525 |

## O R D E R

AND NOW, this 7th day of April, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Jay C. Waldman to the calendar of the Honorable Louis H. Pollak, subject to further order of this court.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court