```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GREGORY HEARN, SR., et al. | : | CIVIL ACTION |
| v. | : | |
| BRIAN FUSS, et al. | : | NO. 02-3525 |

## O R D E R

**AND NOW**, this 22nd day of July, 2003, it is

**ORDERED** that a pretrial conference will be held on Wednesday, August 13, 2003 at 9:00 a.m. in Courtroom 16-B, 16th Floor, 601 Market Street, Philadelphia, PA.

```
Copies Mailed on 7/22/03 to:
  Michael S. Blume, Esq.
  Gerald J. Grant, Esq.
  Gerald J. Williams, Esq.

  Edward D. Chew, Jr., Esq.
  City of Philadelphia Law Dept.
  One Parkway
  1515 Arch Street
  Philadelphia, PA  19102-1595
```

ATTEST:                             or     BY THE COURT


BY: _Donna M. Bozzelli_                _Louis H. Pollak_
      Deputy Clerk                          Judge

Civ 12 (9/83)