**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
GREGORY HEARN, SR., et al.        :         CIVIL ACTION
                                  :
            v.                    :
                                  :
BRIAN FUSS, et al.                :         NO. 02-3525
```

## O R D E R

**AND NOW**, this 16th day of October, 2003, it is

**ORDERED** that a pretrial conference will be held on Monday, November 3, 2003 at 10:30 a.m. in Courtroom 16-B, 16th Floor, 601 Market Street, Philadelphia, PA.

Copies Mailed on 10/16/03 to:
  Michael S. Blume, Esq.
  Gerald J. Grant, Esq.
  Gerald J. Williams, Esq.
  Edward D. Chew, Jr., Esq.

ATTEST:                           or     BY THE COURT

BY: _Donna M. Bozzelli_                  _Louis H. Pollak_
      Deputy Clerk                           Judge

Civ 12 (9/83)