IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY HEARN,** *et al.* | : | CIVIL ACTION |
| | : | NO. 02-3525 |
| vs. | : | |
| | : | |
| **BRIAN FUSS,** *et al.* | : | |

**DEFENDANTS REPLY BRIEF ON DAMAGES PURSUANT TO 42 U.S.C. §**

**I.      ARGUMENT**

Defendants will not argue with plaintiffs' Brief and its summary of the case law regarding a spouses right to bring a loss of consortium type 42 U.S.C. §1983. However, plaintiff Dana Hearn's right to bring such a claim in this matter is a non issue. Similar to the wife seeking to advance a consortium type §1983 claim in *Pahle v. Colebrookdale Township,* 227 F.Supp 2d 361 (E.D.Pa. 2002), wherein Judge Van Antwerpen asserted a belief that a spouse may assert such a claim and thereafter held that the wife did not adequately plead the claim, Dana Hearn did not plead a consortium type §1983 claim in the Complaint.   In fact, Mrs. Hearn did not plead a common law loss of consortium claim.

**II.     CONCLUSION**

Dana Hearn, having failed to adequately plead a claim for damages due to any violation of her Fourteenth Amendment liberty interest in maintenance and integrity of her family

relationship, is not entitled to maintain such a claim.

        Respectfully submitted,

        **CITY OF PHILADELPHIA - LAW DEPARTMENT**
        **NELSON A. DIAZ**
        **City Solicitor**


By: _____
        **EDWARD D. CHEW, JR.**
        Senior Attorney
        1515 Arch Street - 14th Floor
        Philadelphia, PA 19102-1595
        215.683.5420
        *fax* 215.683.5397
        *e-mail* edward.chew@phila.gov

        Attorney for the Municipal Defendant(s)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGORY HEARN,** *et al.* | : | **CIVIL ACTION** |
| | : | **NO. 02-3525** |
| **vs.** | : | |
| | : | |
| **BRIAN FUSS,** *et al.* | : | |

## CERTIFICATE OF SERVICE

I, Edward D. Chew, Jr., Senior Attorney, hereby certify that on the date below indicated, a copy of the attached pleading was delivered to the following counsel by first-class mail.

Gerald Grant, Esq.
1617 J.F.K. Boulevard – Suite 800
Philadelphia, PA 19103


**Date: December 11, 2003**

        **CITY OF PHILADELPHIA - LAW DEPARTMENT**
        **NELSON A. DIAZ**
        **City Solicitor**


By: _____
        **EDWARD D. CHEW, JR.**
        Senior Attorney
        1515 Arch Street - 14th Floor
        Philadelphia, PA 19102-1595
        215.683.5420
        *fax* 215.683.5397
        *e-mail* edward.chew@phila.gov

        Attorney for the Municipal Defendant(s)