IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY HEARN, SR., et al.    :    CIVIL ACTION
                              :
           v.                 :
                              :
BRIAN FUSS, et al.            :    NO. 02-3525

**O R D E R**

**AND NOW**, this 13th day of January, 2004, it is

**ORDERED** that the final pretrial conference scheduled for Wednesday, January 21, 2004 at 9:15 a.m. is hereby **RESCHEDULED** until Wednesday, January 28, 2004 at 9:15 a.m. in Courtroom 16-B, 16th Floor, U.S. Courthouse, 601 Market Street.

Copies Mailed on 1/13/04 to:
  Michael S. Blume, Esq.
  Gerald J. Grant, Esq.
  Gerald J. Williams, Esq.
  Edward D. Chew, Jr., Esq.

ATTEST:                            or      BY THE COURT


BY: Donna M. Bozzelli              Louis H. Pollak
      Deputy Clerk                      Judge

Civ 12 (9/83)