IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY HEARN, SR. and DANA HEARN,** husband and wife in their own right, and as parents and natural guardians of **KYHNA HEARN** and **GREGORY HEARN, JR.,** their children, | : : : : : : | **CIVIL ACTION** |
| Plaintiffs, | : : | NO. 02-3525 |
| vs. | : : | |
| **PHILADELPHIA POLICE OFFICER BRIAN FUSS and PHILADELPHIA POLICE OFFICER JOHN FLYNN,** | : : : : | |
| Defendants. | : | |

## ORDER APPROVING SETTLEMENT AND DISTRIBUTION

AND NOW, this _____ day of _____, 2004, upon consideration of Petition for Leave To Compromise Minor's Action, it is hereby **ORDERED** and **DECREED** that adult plaintiffs Gregory Hearn, Sr. and Dana Hearn are authorized to enter into a settlement of the above-captioned matter with defendants Brian Fuss and John Flynn for the sum of Four Thousand Dollar ($4,000.00) on behalf of their minor children Kyhna Hearn and Gregory Hearn, Jr. Defendants shall forward all settlement drafts or checks to petitioners' counsel for proper distribution.

It is further **ORDERED** and **DECREED** that the settlement proceeds be allocated as follows:

    A.    Khyna Hearn

           To Khyna Hearn, a minor, in a federally insured
           interest-bearing account, marked not to be

|   |   |   |
|---|---|---|
|   | withdrawn before the minor reaches the age of majority or upon prior leave of the Court | $2,000.00 |
| B. | Gregory Hearn, Jr. |   |
|   | To Gregory Hearn, Jr. a minor, in a federally insured interest-bearing account, marked not to be withdrawn before the minor reaches the age of majority or upon prior leave of the Court | $2,000.00 |

**BY THE COURT:**

_____
                                                                J.

Dated: